### EX PARTE CHARLES NORTHERN.

No. 1521.  Decided October 11, 1911.

**Habeas Corpus—Statement of Facts.**

Where no statement of facts is contained in the record from an appeal on habeas corpus proceedings, the presumption is in favor of the correctness of the ruling of the lower court.

Appeal from the Criminal District Court of Dallas.  Tried below before the Hon. Jo. W. Pearson, special judge.

Appeal from a judgment on habeas corpus proceedings denying bail. The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—It appears that relator was indicted by the grand jury of Dallas County charged with murder.  He sued out a writ of habeas corpus.  Upon a hearing the Hon. R. B. Seay, judge of the Criminal District Court, remanded him to the custody of the officer having him in charge, from which judgment he appealed to this court.

There is no statement of facts contained in the record, and every presumption will be indulged in favor of the correctness of the ruling of the district judge hearing the cause.  Ex parte Naill, 59 Texas Cr. Rep., 140.

Judgment affirmed.

*Affirmed.*

Davidson, Presiding Judge, absent.